IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DIANE JONES
ADC #706096                                                                PLAINTIFF

v.                          Case No. 1:11-cv-15-DPM

RANDALL W. MALOTT, RUDICK,
McCLUSKY, and LUSTER                                                      DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

20 May 2011